| Attorney or Party Name, Address, Telephone and FAX Number, and California State Bar No. | FOR COURT USE ONLY |
|---|---|
| **Gregory J. Doan**<br>**635 Camino de los Mares, Suite 100**<br>**San Clemente, CA 92673**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>**anthony@doanlawfirm.com**<br>California State Bar Number: **165174**<br><br>☒ Attorney for Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>**JUL 18 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY harris    DEPUTY CLERK** |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER **13**<br>CASE NUMBER **6:10-bk-45288-CB** |
|---|---|
| In re<br><br>**Raymonn Geraild Brown**<br>**Ellece Lashawn Thompson-Brown**<br><br><br><br>Debtor(s). | **ORDER ON APPLICATION FOR SUPPLEMENTAL FEES**<br><br>(No Hearing Required) |

Based on the Application for Supplemental Fees ("Application") filed on __6/27/2011__ as docket entry number __33__ and the recommendation of the Chapter 13 Trustee, it is ORDERED:

☒ that the sum of $ __500.00__ is hereby allowed Applicant as compensation for extraordinary services referred to in the Application and the Chapter 13 Trustee is directed to pay the unpaid balance of $ __500.00__, from the estate of the debtor(s) as funds permit.

☐ that Applicant calendar the Application for hearing before the undersigned Bankruptcy Judge and that Applicant give appropriate notice of the hearing to the debtor(s) and the Chapter 13 Trustee.

☐ that the Application be set for hearing on: _____ at ___ .m.
                                         (Date)     (Time)

###

DATED: July 18, 2011

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                               **F 3015-1.12**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**635 Camino de los Mares, Suite 100**
**San Clemente, CA 92673**

A true and correct copy of the foregoing document described as __**Order on Application for Supplemental Fees**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**7/11/2011**__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Catherine E. Bauer**
**United States Bankruptcy Court**
**3420 Twelfth Street, Suite 369**
**Riverside, CA 92501-3819**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 11, 2011** | **Alicia Thompson** | /s/ Alicia Thompson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.12

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **Order on Application for Supplemental Fees** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **7/11/2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Rod (TD) Danielson : notice-efile@rodan13.com
United States Trustee (RS) : ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:
**Debtors:**
**Raymonn and Ellece Brwon**
**38731 Vista Rock Dr**
**Murrieta, CA 92563**

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.12